UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD EUGENE JAMES,

Plaintiff,

v.

MICHELLE,

Defendant.

Case No. 2:24-cv-1770-DAD-JDP (P)

ORDER

Defendant has moved to modify the scheduling order and extend discovery for ninety days from the date of this motion. ECF No. 33. Good cause being shown, the motion is granted.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Defendant's motion to modify the scheduling order, ECF No. 33, is GRANTED.

2. The new deadline for completing discovery, including the filing of any motions to compel, is extended by ninety days from the date of this order's entry.

3. I will modify the deadline for dispositive motions as necessary once discovery is completed.

IT IS SO ORDERED.

Dated: July 16, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE